**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TRAXXAS LP, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 2:14-cv-00945-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| HOBBY PRODUCTS INTERNATIONAL, | § | |
| INC. D/B/A HPI RACING, | § | |
| | § | |
| *Defendant*. | § | |

## <u>ORDER</u>

Before the Court is the Report and Recommendation of Magistrate Judge Payne, which recommends that Traxxas's motion for partial summary judgment be denied. Dkt. No. 124. For dispositive matters referred to a magistrate judge, the district court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). "The district judge may accept, reject, or modify the recommend disposition." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). No objections have been filed, and the time to do so has now pased. Accordingly, having reviewed the Report and Recommendation de novo and having found no reason to reject or modify the recommended disposition, it is **ORDERED** that the Report and Recommendation, Dkt. No. 124, is **ADOPTED**. Traxxas's motion for partial summary judgment, Dkt. No. 112, is **DENIED**.

So ORDERED and SIGNED this 20th day of February, 2018.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE